IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 14  A 10: 47

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| PETER JOSHUA ROSENBERG, #55125-065 | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. CCB-01-4246 |
| ISAM ELAYAN, *et al.*, | : |
| Defendants. | : |

**ORDER**

On June 12, 2002 Plaintiff filed a Motion for Extension of Time within which to file a response to Defendants' dispositive motion. (Paper No. 27). Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, IT IS HEREBY ORDERED this ___14th___ day of ___June___, 2002 by the United States District Court for the District of Maryland that:

1. Plaintiff's Motion for Extension of Time (Paper No. 27), **IS GRANTED**;

2. Plaintiff **FILE** his response to Defendants' dispositive motion on or before June 19, 2002; and

3. The Clerk of Court **MAIL** a copy of this Order to Plaintiff and counsel of record.

_____
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE